In the Matter of the Claim of TIMOTHY RING, Respondent, *v.* CORONA FUEL & SUPPLY COMPANY, INC., et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

(Argued May 21, 1934; decided June 5, 1934.)

*Herbert Plaut, Harold Davis* and *Irvin A. Snyder* for appellants.

*John J. Bennett, Jr., Attorney-General (John R. O'Hanlon* of counsel), for State Industrial Board, respondent.

Order affirmed, with one bill of costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ.